No. 00–1049. Cass et al. v. County of Suffolk et al. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. ■

No. 00–1052. Utilities Commission, City of New Smyrna Beach, Florida v. Tampa Electric Co. et al. Sup. Ct. Fla. Certiorari denied. ■

No. 00–1059. Rodrigue et al. v. Hidalgo Rodrigue. C. A. 5th Cir. Certiorari denied. ■

No. 00–1062. Yei-Hwei Tong v. Gutierrez et al. C. A. 9th Cir. Certiorari denied. ■

No. 00–1068. Bayou Fleet, Inc. v. Home Place Batture Leasing, Inc., et al. C. A. 5th Cir. Certiorari denied. ■

No. 00–1069. Efron v. Embassy Suites (Puerto Rico), Inc., et al. C. A. 1st Cir. Certiorari denied. ■

No. 00–1074. Niemeyer et al. v. Oroville Union High School District et al. C. A. 9th Cir. Certiorari denied. ■

No. 00–1078. Springer, dba Bondage Breaker Ministries v. Securities and Exchange Commission et al. C. A. 3d Cir. Certiorari denied. ■

No. 00–1081. Sudduth v. Stegall, Warden. C. A. 6th Cir. Certiorari denied.

No. 00–1082. Bradt v. Lilly et al. Ct. App. Tex., 1st Dist. Certiorari denied. ■

No. 00–1091. Illinois v. Carlson. App. Ct. Ill., 1st Dist. Certiorari denied. ■

No. 00–1092. Bartlett, Executive Director, Board of Elections of North Carolina, et al. v. Perry et al. C. A. 4th Cir. Certiorari denied. ■

No. 00–1099. Lexington 76 Auto Truck Stop et al. v. McAlpin et al. C. A. 6th Cir. Certiorari denied. ■